JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAAJI KINGSTRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF SAN ) <br> BERNARDINO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 12-4673-SP <br><br> **JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 18, 2014

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE