UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4673-SP | Date | July 30, 2014 |
|---|---|---|---|
| Title | NAAJI KINGSTRO v. COUNTY OF SAN BERNARDINO, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed

　　On July 18, 2014, in its Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment, the court ordered plaintiff's counsel to send a copy of the Memorandum Opinion and Order to plaintiff, and to file, on or before July 28, 2014, proof of such service on his client. The deadline has passed for plaintiff's counsel to file the proof of service, and he has not yet done so. Plaintiff's counsel is therefore in violation of the court's order.

　　As such, plaintiff's counsel is again ordered to send a copy of the Memorandum Opinion and Order to plaintiff, and to file proof of such service. In addition, plaintiff's counsel is ordered to show cause by *August 8, 2014* why sanctions should not be imposed against him for failure to comply with the court order. This Order to Show Cause will be automatically discharged if plaintiff's counsel files proof of service of the Memorandum Opinion and Order on his client on or before August 8, 2014.